IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MICHAEL TROY OLSON,

                          Petitioner,

      v.

C. HOLINKA,

                          Respondent.

ORDER

09-cv-161-slc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IT IS ORDERED that petitioner's motion for reconsideration, dkt. #9, is DENIED.

Entered this 21st day of May, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge